**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ Northern _____ District of _ California _
(State)

Case number *(if known)*: _____ Chapter _ 7 _

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

1. **Debtor's name**

   Avava Systems LLC

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number (EIN)**

   2 0 – 5 0 9 6 9 1 3

4. **Debtor's address**

   **Principal place of business**

   | 767 | San Diego Road |
   |---|---|
   | Number | Street |

   | Berkeley | CA | 94707 |
   |---|---|---|
   | City | State | ZIP Code |

   Alameda
   County

   **Mailing address, if different from principal place of business**

   | | |
   |---|---|
   | Number | Street |

   P.O. Box

   | | | |
   |---|---|---|
   | City | State | ZIP Code |

   **Location of principal assets, if different from principal place of business**

   | | |
   |---|---|
   | Number | Street |

   | | | |
   |---|---|---|
   | City | State | ZIP Code |

5. **Debtor's website (URL)**

   www.avavasystems.com

6. **Type of debtor**

   ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Case: 17-42629     Doc# 1     Filed: 10/19/17     Entered: 10/19/17 12:13:34     Page 1 of 24

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.naics.com/search/ .

321992__ __

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____   When _____   Case number _____
                                        MM / DD / YYYY

         District _____   When _____   Case number _____
                                        MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____   Relationship _____

         District _____   When _____
                                                           MM / DD / YYYY

         Case number, if known _____

**11. Why is the case filed in *this* district?**

Check all that apply:

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

Why does the property need immediate attention? *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property?_____

| Number | Street |
| | |

_____

| City | | State | ZIP Code |

Is the property insured?

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☑ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Case: 17-42629    Doc# 1    Filed: 10/19/17    Entered: 10/19/17 12:13:34    Page 3 of 24

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million

- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million

- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

☐   The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

☐   I have been authorized to file this petition on behalf of the debtor.

☐   I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   10/12/2017
<br>        MM / DD / YYYY

X _____     DAVID WILSON
<br>Signature of authorized representative of debtor     Printed name

Title   Manager

**18. Signature of attorney**

X _____     Date   10/17/17
<br>Signature of attorney for debtor                 MM / DD / YYYY

JAMES A. TIEMSTRA
<br>Printed name

TIEMSTRA LAW GROUP, PC
<br>Firm name

1111    Broadway, Suite 1501
<br>Number    Street

Oakland             CA    94607-4036
<br>City                State    ZIP Code

510-987-8000         jat@tiemlaw.com
<br>Contact phone         Email address

96203               CA
<br>Bar number              State

## COMPANY RESOLUTION

## RESOLUTION ADOPTED BY UNANIMOUS WRITTEN CONSENT
## OF MEMBERS OF AVAVA SYSTEMS LLC

### CHAPTER 7 BANKRUPTCY

The undersigned, being all of the members of Avava Systems LLC, a California limited liability company (the "Limited Liability Company"), do hereby waive notice of and attendance at a special meeting and further consent to the actions described below and adoption of the resolutions set forth below with the same force and effect as if the resolutions were adopted at a special meeting of the members duly noticed and held. The resolutions are effective as of _October 12_, 2017.

### NOW, THEREFORE, IT IS HEREBY

RESOLVED: that the Limited Liability Company shall file a Chapter 7 proceeding in the United States Bankruptcy Court for the Northern District of California, and that David Wilson is authorized to execute all documents in connection therewith.

BE IT FURTHER RESOLVED: that Tiemstra Law Group, PC, be retained as counsel to handle said proceeding.

Dated: October 12, 2017

DAVID WILSON
Manager and Member

Dated: October 12, 2017

PATRICIA CHARPENTIER
Member

Dated: October ___, 2017

NAME
Member

Dated: October ___, 2017

NAME
Member

1  JAMES A. TIEMSTRA (Bar No. 96203)
   LISA LENHERR (Bar No. 258091)
2  TIEMSTRA LAW GROUP, PC
   1111 Broadway, Suite 1501
3  Oakland, CA  94607-4036
   Telephone No.: (510) 987-8000
4  Facsimile No.: (510) 987-7219
   E-mail: jat@tiemlaw.com
5  E-mail: ll@tiemlaw.com

6  Attorneys for Debtor
   AVAVA SYSTEMS LLC, a California limited
7  liability company

8                  UNITED STATES BANKRUPTCY COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                        OAKLAND DIVISION

11  In re:                              Case No.

12  AVAVA SYSTEMS LLC, a California      Chapter 7 Case
    limited liability company,
13                                       CORPORATE OWNERSHIP STATEMENT
                Debtor.
14

15

16

17         I, the manager of the limited liability company named as the debtor in this case,

18  declare under the penalty of perjury that there are no entities to report under Fed. R. Bankr. P.

19  1007(a)(1).

    Dated:  October 12, 2017
20

21

22
                                          DAVID WILSON
23                                        Manager

24

25

26

27

28

JAMES A. TIEMSTRA (Bar No. 96203)
LISA LENHERR (Bar No. 258091)
TIEMSTRA LAW GROUP, PC
1111 Broadway, Suite 1501
Oakland, CA 94607-4036
Telephone No.: (510) 987-8000
Facsimile No.: (510) 987-7219
E-mail: jat@tiemlaw.com
E-mail: ll@tiemlaw.com

Attorneys for Debtor
AVAVA SYSTEMS LLC, a California limited
liability company

## UNITED STATES BANKRUPTCY COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| In re: | Case No. |
|---|---|
| AVAVA SYSTEMS LLC, a California limited liability company, | Chapter 7 Case |
| Debtor. | CREDITOR MATRIX COVER SHEET |

I declare that the attached Creditor Mailing Matrix, consisting of **17** sheets,
contains the correct, complete and current names and addresses of all priority, secured and
unsecured creditors listed in Debtor's filing and that this matrix conforms with the Clerk's
promulgated requirements.

Dated: October **12**, 2017

_____
DAVID WILSON
Manager

Ace Hardware
2020 Milvia St #100
Berkeley, CA 94704

Admac Digital
1464 67th St.
Emeryville, CA 94608

Advantage Lumber Wood Decking Inc.
11517 Los Nietos
Santa Fe Springs, CA 90670

Airgas USA, LLC
PO Box 7423
Pasadena, CA 91109

Airport Home Appliances
2524 Shattuck Ave
Berkeley, CA 94704

Albany Steel Inc.
536 Cleveland Ave
Berkeley, CA 94710

Alex Nolan
2919 Martin Luther King Jr. Way
Berkeley, CA 94703

Amazon.com
410 Terry Ave.
North Seattle, WA 98109

Anchor Heating & Cooling, Inc.
PO Box 23723
Pleasant Hill, CA 94523

Ashby Lumber
824 Ashby Ave.
Berkeley, CA 94710

Associated Building Supply, Inc.
2425 W. Fifth St. Ste# D
Oxnard, CA 93030

B&T Manufacturing
5008 API Rd
Black Hawk, SD 57718

Bay Bolt
4610 Malat St
Oakland, CA 94601

Bay Street Garage
5602 Bay St.
Emeryville, CA 94608

Bay Venture Law
1470 Maria Ln. #220
Walnut Creek, CA 94596

Bayshore Supply
600 Cleveland Ave
Albany, CA 94710

Bene Electric
PO Box 774
Pleasanton, CA 94566

Berkeley Lighting Co.
1623 San Pablo Ave
Berkeley, CA 94702

Berkeley Social Club
2050 University Ave
Berkeley, CA 94704

Beronio Lumber
PO Box 44142
San Francisco, CA 94144

Best Buy
3700 Mandela Pkwy
Oakland, CA 94608

Beverages and More
5717 Christie Ave
Emeryville, CA 94608

Big Sky Insulations
15 Arden Dr
Belgrade, MT 59714

Bold Screen Printing
9743 Lurline Ave
Chatsworth, CA 91311

Build Direct Technologies Inc.
Ste. 2200-401 W. Georgia St.
Vancouver, BC V6B 5A1

Cal-Steam
1472 66th St.
Emeryville, CA 94608

California Shingle and Shake
3669 Nevada St
Pleasanton, CA 94566

California Waterproofing
14855 Wicks Blvd
San Leandro, CA 94577

Campways Truck
4999 Pacheco Blvd
Martinez, CA 94553

CB2
1730 4th St.
Berkeley, CA 94710

Charles McMurray Company
P.O. Box 569
Fresno, CA 93709

Chevron GEMB
P.O. Box 530950
Atlanta, GA 30353

City Lights San Francisco
1585 Folsom St
San Francisco, CA 94103

Cityway Electric Inc.
27285 Manon Ave #15
Hayward, CA 95444

Coast Aluminum & Arch
30551 Huntwood Ave
Hayward, CA 94544

Compare Heating & Air Conditioning
1717 Solano Way #42
Concord, CA 94520

Concrete Interiors
189-A  Authur Rd
Martinez, CA 94553

Copy Central
5801 Christie Ave., Ste# 470
Emeryville, CA 94608

Crate & Barrel
1250 Techny Road
Northbrook, IL 60062

Cresco Equipment Rental
36660 Fremont Blvd
Fremont, CA 94536

Crown Heating, Sheet Metal, Inc.
739 Gilman St.
Berkeley, CA 94710

DHP Insulation
PO Box 661480
Sacramento, CA 95866

Discount Builders
1695 Mission St.
San Francisco, CA 94103

Don's Tire Service
820 Gilman St
Berkeley, CA 94710

DotEasy Technology
3602 Gilmore Way #210,
Burnaby, BC V5G 4W9, Canada

DRI Razer USA Headquarters
201 3rd Street, Suite 900
San Francisco, CA 94103

East Bay Gas
2142 E12th
Oakland, CA 94606

East Bay Nursery
2332 San Pablo Ave
Berkeley, CA 94702

East Bay Painting Co.
4682 Chabot Dr. #12121
Pleasanton, CA 94588

Easy Title 24 DOT
654 Oakland Av.
Oakland, CA 94611

EB Bradley
3433 Arden Rd
Hayward, CA 94545

EBMC
2800 Woolsey St.
Berkeley, CA 94705

El Cerrito Rooter
5328 Cypress Avenue
El Cerrito, CA 94530

Elka Karl
890 Cragmont Ave
Berkeley, CA 94708

Ellis Manufacturing Co.
4803 N Cooper Ave
Oklahoma City, OK 73118

Employment Development Department
Bankruptcy Unit-MIC 92E
P.O. Box 826880
Sacramento, CA 94280

Environcheck Inc
2845 Whipple Rd
Union City, CA 94587

Exhilarist
PO Box 59816
San Jose, CA 95159

First Insurance Funding Corp.
450 Skokie Blvd., Ste. 1000
Northbrook, IL 60062

Flooring Alternatives
2901 San Pablo Ave
Berkeley, CA 94702

Franchise Tax Board
Bankruptcy Section, MS A-340
P.O. Box 2952
Sacramento, CA 95812

Ghostown Woodworks George Lee Dobbs
851 81st St. #208
Oakland, CA 94621

GigaCrete
6775 Speedway Blvd. Ste M105
Las Vegas, NV 89115

Grasshopper LLC
197 1st Ave #200
Needham, MA 02494

Green Geeks
5739 Kanan Rd Suite 300
Agoura Hills, CA 91301

Greener Printer
1003 Canal Blvd
Richmond, CA 94804

Harbor Freight
26541 Agoura Rd
Calabasas, CA 91302

Harland Clarke
15955 La Cantera Parkway
San Antonio, Texas 78256

HD Supply Construction & White Cap
5055 E Airport Dr,
Ontario, CA 91761

Hector's Construction
20026 Austin Ln.
Castro Valley, CA 94546

Hello Sign
301 Howard St
San Francisco, CA 94105

Home Depot
2455 Paces Ferry Rd. Nw
Atlanta, GA 30339

Houzz
285 Hamilton Ave
Palo Alto, CA 94301

Hydraulic Electro Service
99101 Edes St.
Oakland, CA 94603

Impact Demo & Hauling
560 Spring St.
Richmond, CA 94804

Indigo Design Group
6140 Johnston Drive
Oakland, CA 94611

InsulFoam LLC
1155 Business Park Dr.
Dixon, CA 95620

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101

J-Deck Inc.
72-877 Dinah Shore Drive Ste#103
Rancho Mirage, CA 92270

J & J Fabrication
1719 Grant St. #1
Santa Clara, CA 95050

J. Absinthia Vermut
1962 Leimert Blvd
Oakland, CA 94602

Jared Vallair
1810 E. 25th St. #105
Oakland, CA 94606

Joan Sturges
3385 White Oak Way
Kelseyville, CA 95451

Jorge Morales
Jorges Gardening Service
726 Oriole Ave.
Livermore, CA 94551

Keats & Castle
1301 W. Copans Rd STE G6
Pompano Beach, FL 33064

Keetsa Inc.
2117 San Pablo Ave
Berkeley, CA 94702

Benjamin Kimmich DBA Kimmich Constructio
1136 Parker St.
Berkeley, CA 94591

Lafayette Juniors Jenny Wilhite Village
93 Moraga Wy., Ste# 103
Orinda, CA 94563

localwise.com
344 20th Street
Oakland, CA 94612

Lowes
1000 Lowes Blvd
Mooresville, NC 28117

Maghnus Mareneck
825 5th Ave.
New York, NY 10065

Marrazi Tile
PO Box 845051
Los Angeles, CA 90084

Merchant Bnkcd Discount
71 south Central Ave.
Valley Stream, NY 11580

Miguel Espino
226 28th St.
Richmond, CA 94804

Moore Newton Hardwoods
2115 Williams St
San Leandro, CA 94577

MWDB
1919 Peralta St.
Oakland, CA 94607

New Avenue, Inc.
5515 Doyle St #4
Emeryville, CA 94608

Oakland Convention Center
550 10th St
Oakland, CA 94607

Oakology
4245 Halleck St.
Emeryville, CA 94608

Olmar Supply
2140 Research Dr.
Livermore, CA 94550

One Day Glass
6005 NE 121st Ave
Vancouver, WA 98682

Orchard Supply Store Support Center
6450 Via Del Oro
San Jose, CA 95119

Pacific Sales Best Buy Attn: Customer Ca
7601 Penn Ave S
Richfield, MN 55423

Paperlesspost.com
115 Broadway
New York, NY 10006

Pastime Hardware
10057 San Pablo Ave
El Cerrito, CA 94530

Patricia Carpentieri
459 59th St.
Oakland, CA 94609

Mario J. Pellegrini & Virginia E. Pelleg
300 Deer Valley Rd. #3L
San Rafael, CA 94903

Pfunder Metalwerks
976 23rd Ave
Oakland, CA 94606

PG&E
PO Box 997300
Sacramento, CA 95899

Prompt Plumbing Jose Lino Solano
460 Miller Ave.
South San Francisco, CA 94080

Quality Marble & Granite
25 Hegenberger Pl
Oakland, CA 94621

Quinn's Lighthouse
1951 Embarcadero
Oakland, CA 94606

Ready Fresh Nestlé Waters North America
900 Long Ridge Road Building 2
Stamford, CT 06902

RGF Architect Reem Farhat
12015 Lamanda St. #16
Los Angeles, CA 90066

Right Away Ready Mix
401 Kennedy St
Oakland, CA 94606

Rubenstein Supply
2800 San Pablo Ave
Emeryville, CA 94608

Ryder Truck Rental
1901 W. Winton Ave
Hayward, CA 94545

Saroyan Lumber Co.
6230 South Alameda St.
Huntington Park, CA 90255

Sasha Blacksheer
P.O. Box 1103
Stinson Beach, California 94970

Sasha Morovec
127 Lilienthal Ave
Napa, CA 94558

Lauren Nagel ScaleItForMe LLC
1031 Byerley Ave
San Jose, CA 95125

Sears Outlet
1936 W Ave 140th
San Leandro, CA 94577

Secretary of State
State of California
1500 - 11th Street
Sacramento, CA 95814

Signature Hardware
2700 Crescent Springs Pike
Fort Mitchell, KY 41017

Sincere Home Décor
115 Market St
Oakland, CA 94607

Smarthome.com
16542 Millikan Avenue
Irvine, CA 92606

So Real Factory
4245 Halleck St
Emeryville, CA 94608

Speciality Answering Service
1006 W 9th Ave
King of Prussia, PA 19406

State Board of Equalization
State of California
Account Information Group, MIC:29
P.O. Box 942879
Sacramento, CA 94279

Stiebel Eltron Inc.
17 West St
West Hatfield, MA 01088

Susan Bakker EA
400 Colusa Ave
El Cerrito, CA 94530

Sustainable Northwest Wood
2701 SE 14th Ave
Portland, OR 97202

Tap Plastics
3011 Alvarado St
San Leandro, CA 94577

The Ink Stone
2302 Bowditch St
Berkeley, CA 94704

TicketFly Events
111 Townsend St
San Francisco, CA 94107

Tri-West, Ltd.
PO Box 849442
Los Angeles, CA 90084

Truit & White Lumber
642 Hearst Ave
Berkeley, CA 94710

U-Haul
10439 San Pablo Ave
El Cerrito, CA 94530

Union 76 Phillips 66
P.O. Box 4428
Houston, TX 77210

Walker & Zanger, Inc.
1001 Eastshore Hwy
Berkeley, CA 94710

Wally's Drywall
2719 Crow Canyon Rd
San Ramon, CA 94583

Walter Mork Company Inc.
2418 Sixth Street
Berkeley, CA 94710

Waste Management
PO Box 541065
Los Angeles, CA 90054-1065

Wateridges Insurance Services
10717 Sorrento Valley Rd.
San Diego, CA 92121

West Coast Insulation, Inc.
2389 Tripaldi Way
Hayward, CA 94545

West Elm
5602 Bay St
Emeryville, CA 94608

Westside Building Materials
745 50th Ave
Oakland, CA 94601

YH Sheetmetal
928 High St.
Oakland, CA 94601

Zipcar Inc.
2918 Adeline St
Berkeley, CA 94703

Zomadic
2901 Mariposa St #15
San Francisco, CA 94110

Stacey and Richard L. Wiggall
1207 Virginia Street
Berkeley, CA 94702

Kylee Hall and Dan Voorhies
562 Jean Street
Oakland, CA 94610

Ashley Hennessy and Hans Moore
2223 7th Street
Berkeley, CA 94710

Roger Lewis and Mallory Witt
3116 Lewiston Avenue
Berkeley, CA 94705

Michelle Lee and Brian Biancardi
1838 63rd Street
Berkeley, CA 94703

Tamar Baskind
1121 Delaware Street
Berkeley, CA 94702

Mei and David Hann
680 Ann Place
Milpitas, CA 95035

Angelina Martinez
6051 Hyland Way
Penngrove, CA 94951

Kenneth and Rosalia Wilkins
1200 Carrison Street
Berkeley, CA 94702

David Wilson
767 San Diego Road
Berkeley, CA 94707