

Mark S. Bostick (Bar No. 111241)
**WENDEL, ROSEN, BLACK
 & DEAN LLP**
1111 Broadway, 24th Floor
Oakland, California 94607-4036
Telephone: (510) 834-6600
Fax: (510) 834-1928
Email: mbostick@wendel.com

Attorneys for Michael G. Kasolas, Trustee

The following constitutes
the order of the court. Signed December 14, 2017

_____
Charles Novack
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

In re

AVAVA SYSTEMS, LLC

Debtor.

Case No. 17-42629-CN

Chapter 7

**ORDER APPROVING AUCTION SALE OF PERSONAL PROPERTY AND PAYMENT OF AUCTIONEER'S COMMISSION BY DEFAULT**

Upon consideration of the trustee's *Request for Entry of Order by Default re Auction Sale of Personal Property and Payment of Auctioneer's Commission* ("Request") for the auction sale of the estate's interest in the following personal property:

- Model 490 home
- Mitsubishi FGC18K Forklift
- 1994 Miller Trailer, VIN: 1M9FS2020R1373034
- 3 Frames, walls and roof (of model home)
- Windows; and
- Misc (all inventory, equipment and supplies, etc)

("Property"), and it appearing from the trustee's *Notice of Opportunity for Hearing Regarding Auction Sale of Personal Property and Request for Order Authorizing Payment of Auctioneer's Commission* ("Notice") under Bankruptcy Rules 6004(a) and (b) was duly served and was substantively adequate and that no timely objection or request for hearing was filed or served in

response thereto; and for good cause,

IT IS ORDERED:

1. The Trustee's sale of the Property to Kevin Edward Wellman for the sum of $56,500.00 is approved;

2. The Trustee is authorized to pay West Auctions, Inc. a commission of $8,475.00 in fees and $2,364.72 in expenses for conducting the sale of the Property; and

3. The Trustee is authorized to take such acts as he deems reasonable or necessary to perform or enforce the sale.

**\*\*END OF ORDER\*\***

Wendel, Rosen, Black & Dean LLP
1111 Broadway, 24th Floor
Oakland, California 94607-4036

# COURT SERVICE LIST

No service required.