# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

In re: AVAVA SYSTEMS LLC § Case No. 17-42629
§
§
Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on October 19, 2017. The undersigned trustee was appointed on October 19, 2017.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of           $           125,960.80

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 0.00 |
| Administrative expenses | 11,667.71 |
| Bank service fees | 1,240.06 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]   $ | 113,053.03 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 02/13/2018 and the deadline for filing governmental claims was 04/17/2018. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $9,548.04. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $9,548.04, for a total compensation of $9,548.04.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $24.87, for total expenses of $24.87.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/30/2018      By: /s/Michael G. Kasolas
                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-42629  
**Case Name:** AVAVA SYSTEMS LLC  

**Period Ending:** 10/30/18

**Trustee:** (007301) Michael G. Kasolas  
**Filed (f) or Converted (c):** 10/19/17 (f)  
**§341(a) Meeting Date:** 11/15/17  
**Claims Bar Date:** 02/13/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  MECHANICS BANK CHECKING ACCOUNT | 50,000.00 | 50,000.00 | | 45,001.80 | FA |
| 2  DEPOSITS: SECURITY AND UTILITY | 64,725.00 | 0.00 | | 0.00 | FA |
| 3  PREPAYMENTS | 293,000.00 | 0.00 | | 0.00 | FA |
| 4  INVENTORY: CONSTRUCTION MATERIALS<br>    [11/09/17: Notice of auction; Doc#22]<br>    [12/18/17: Report of Auctioneer; Doc#26] | 4,000.00 | 4,000.00 | | 1,000.00 | FA |
| 5  INVENTORY: 562 JEAN STREET ETC<br>     MODEL 490 HOME<br>    [11/09/17: Notice of auction; Doc#22]<br>    [12/18/17: Report of Auctioneer; Doc#26] | 123,460.00 | 123,460.00 | | 40,000.00 | FA |
| 6  INVENTORY: STEEL FRAMES<br>    [11/09/17: Notice of auction; Doc#22]<br>    [12/18/17: Report of Auctioneer; Doc#26] | 30,000.00 | 30,000.00 | | 9,000.00 | FA |
| 7  OFFICE EQPT, INCLUDING COMPTER EQPT<br>    [11/09/17: Notice of auction; Doc#22]<br>    [12/18/17: Report of Auctioneer; Doc#26] | 2,000.00 | 2,000.00 | | 500.00 | FA |
| 8  1994 MILLER TRAILER<br>    [11/09/17: Notice of auction; Doc#22]<br>    [12/18/17: Report of Auctioneer; Doc#26] | 2,000.00 | 2,000.00 | | 6,000.00 | FA |
| 9  MITSUBISHI FGC18K FORKLIFT<br>    [11/09/17: Notice of auction; Doc#22]<br>    [12/18/17: Report of Auctioneer; Doc#26] | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 10  DOMAINE AND WEBSITE | Unknown | 0.00 | | 0.00 | FA |
| 11  LICENSE TO PATENTS | Unknown | 0.00 | | 0.00 | FA |
| 12  CUSTOMER LISTS AND MAILING LISTS | Unknown | 0.00 | | 0.00 | FA |
| 13  LICENSE TO COPYRIGHTS AND LOGO | Unknown | 0.00 | | 0.00 | FA |
| 14  TAX REFUNDS | Unknown | 0.00 | | 0.00 | FA |
| 15  ADMINISTRATIVE SUB-RENTS  (u)<br>    [estimate = 2 months of rents]<br>    [12/20/17: Order rejecting real property lease; Doc#29] | 0.00 | 5,250.00 | | 5,250.00 | FA |
| 16  POSSIBLE AVOIDABLE TRANSFERS: CHASE  (u)<br>    [07/31/18: Notice; doc#39] | 0.00 | 19,209.00 | | 19,209.00 | FA |

Exhibit A

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-42629  
**Case Name:** AVAVA SYSTEMS LLC  
**Period Ending:** 10/30/18

**Trustee:** (007301) Michael G. Kasolas  
**Filed (f) or Converted (c):** 10/19/17 (f)  
**§341(a) Meeting Date:** 11/15/17  
**Claims Bar Date:** 02/13/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | [08/23/18: Order; doc#41] | | | | | |
| 16 | Assets  Totals (Excluding unknown values) | $573,185.00 | $239,919.00 | | $125,960.80 | $0.00 |

**Major Activities Affecting Case Closing:**

10-19-17: Petition filed as an asset case and POC deadlne of 2-13-18 set by the court clerk.

10/20/17: Email from Alex Dove, director of sales for Heritage Global Partners Inc re interest in making offers on debtor assets

10/27/17: Email to Donna Bradshaw @West re call from Jim Tlemstra, atty for Debtor advising of a warehouse full of equipment, work in process, inventory, eqpt etc. 4245 Halleck St Ste A2, Emeryville. The warehouse is 7,500 square feet with two roll up doors and one pedestrian door. The debtor has a complete inventory and pictures of the physical inventory; need help to lock down the facility, so we can then perform an inventory and then auction off the personal property as soon as possible. The debtor representative is David Wilson, phone#415-971-4064, email dawilson99@gmail.com, and David is available today and over the weekend to meet us at the premises to turn over the keys, etc. There is also a sub tenant leasing out half of the space, so after we change the locks, we need to work out an arrangement for them to access the property. Evidently a former partner still has keys to the property, and there is a concern that he may help himself to the assets. Please reach out to David to make arrangements to lock down the facility accordingly, and give me a call, as I am going over to the debtors bank to make arrangements to pick up the $50K in the debtors bank account.

10/30/17: Copied on email from MBostick to Ammette Bartlett @Mechanics Bank re our demand for bank to release held funds to the trustee

10/31/17: Notice of Electronic Filing: The following transaction was received from MGK entered/ filed on 10/31/2017 at 4:44 PM PDT and filed on 10/31/2017 Doc#8 Docket Text: Application to Employ West Auctions Inc as Auctioneer Filed by Trustee Michael G. Kasolas (Attachments: # (1) Declaration # (2) Proposed Order-FRBP 4001 # (3) Certificate of Service)

10/31/17: The new document AVAVA - ORDER TO EMPLOY WEST.pdf was uploaded successfully on 10/31/2017 at 4:46 PM Order type: Other Related doc#8 Related doc description: Application to Employ Order ID: 632967

11/06/17: Order authorizing employment of West Auctions; Doc#21

11/09/17: Notice on auction sale; Doc#22

11/10/17: The auction terms and details:

    Auction:  Tuesday, December 5 to Thursday, December 7 with the auction closing at  10:00 am.

    On-Site Inspection for Bidders: By appointment on Monday, December 4th, 2017.

    Payment Due: By 10:00 am on Friday, December 8th.

    Removal: By appointment, but no later than 5:00 pm on Friday, December 15, 2017.

11/14/17: Add Form 1 assets from Schedule A/B; Doc#12

11/17/17: Emails from/to Ashley Hennessy and Hams Moore re inventory of the building materials in Halleck warehouse, receipts and invoices, components from inventory, deposit - requested they have their atty contact my counsel

11/19/17: Email reply from Mark Bostick to Ashley Hennessy and Hams Moore re inspection of premises and obtaining of parts that may apply to their unit

11/21/17: Email from Stacy D@West Auctions to  Ashley Hennessy and Hams Moore re on-site visit on Monday Dec 4th

12-01-17: Deposit of November 2017 Rent due from sublease tenant, Oakology.

12-11-17: Deposit of December 2017 Rent due from sublease tenant, Oakology.

12/16/17: Email request to Mark Bostick re prepare and file a request for abandonment of the Debtor's premises, will have West Auctions turn the keys over to Kevin Wellman once the abandonment is official

12/18/17: Notice of Electronic Filing: The following transaction was received from MGK entered/ filed on 12/18/2017 at 12:15 PM PST Doc#26  Docket Text: Document:

Case: 17-42629    Doc# 49    Filed: 12/10/18    Entered: 12/10/18 15:05:29    Page 4 of 16

Printed: 10/30/2018 05:17 PM    V.14.14

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-42629  **Trustee:** (007301) Michael G. Kasolas
**Case Name:** AVAVA SYSTEMS LLC  **Filed (f) or Converted (c):** 10/19/17 (f)
  **§341(a) Meeting Date:** 11/15/17
**Period Ending:** 10/30/18  **Claims Bar Date:** 02/13/18

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned OA=§554(a)** | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

Report of Auctioneer.
01/09/18: Met with Richard Pierotti, he will do a preference analysis for avoidable transfers; Clobeck papers in process
02/06/18: Notice of Electronic Filing: The following transaction was received from MGK entered/ filed on 02/06/2018 at 6:29 PM PST Doc#34 Docket Text: Ex Parte Motion to pay post-petition administrative taxes Filed by Trustee Michael G. Kasolas
02/06/18: The new document AVAVA - FTB TAXES - EX PARTE ORDER.pdf was uploaded successfully on 02/06/2018 at 6:31 PM Order type: Other Related doc#34 Related doc description: Motion Miscellaneous Relief  Order ID: 640256
02-07-18: Order entered for authority to pay FTB taxes of $800.00.
02/12/18: Email to Richard Pierotti re tax return info and documentation sent and whether he needs anything further for the preference and fraudulent transfer analysis for creditors (Credit card payments, etc.) and insiders (David Wilson, Benjamin Kimmich, etc.)
03/08/18: Email from David Wilson, insider, re Square Dispute payment dispute update on $10K payment made by Debtor; email to David Wilson re the background for this matter so we can evaluate estate rights to potential recovery
03/13/18: Email to David Wilson, insider, re the second two refunds made by Square Inc and if he has the info as to who they were made to
03/13/18: Instruct staff to email claimant #01 - Mr Wilkins - to remind him to withdrawn or amend his claim as he was paid by Square Inc.
03/20/18: Claimant #01 amended claim to zero owed
04-17-18: Preparation and remittance to Trustee Accountant of check for payment of FTB taxes for FTB Form 100-ES for the 2018 tax year.
06/08/18: Receive copy of email from Mark Bostick to Lauren Hofman, counsel for JPMorgan re certain transfers to Chase during the preference period that are avoidable as preferences.
06/13/18: Receive copy of email from Rahil Kamran-Rad, counsel for JPMorgan, who will get back to him re avoidable preferences issue
06/28/18: Receive emails from/ to Mark Bostick @Wendel and Rahil Kamran-Rad, counsel for JPMorgan, trying to set up time for phone discussion on avoidable preference issue; Rahil says JPMorgan are in the process of calculating new value
06-28-18: Meeting with Trustee accountant to review, discuss, approve and sign tax returns for the LLC.
07/08/18: Email to Mark Bostick re is there any word from Rahil Kamran-Rad, counsel for JPMorgan, re preference issues, but so far no response
07/10/18: Phone discussion with Mark Bostick re settlement with JPMorgan re preferential transfer for approx $20K - $25K and further discussion re other potential avoidable transfers, as these are the remaining matters before the TFR filing
07/23/18: JPMorgan settlement agreement of $19,209 approved, signed agreement to follow.
08-28-18: Review, approval, signature and return via email of Trustee Counsel's fee application with Dec. from Trustee.
08/29/18: Per estate accountant, the FTB claim will need to be amended to include 2017 and he will call to review with FTB;
09/11/18: Claims review performed.  Phone call and email to Square Inc. requesting additional back up data and information to support the claim, including who, how much and when they paid charge back claims, to confirm that other claims filed do not include claims for amounts paid by Square Inc. as a charge back claim.  Call and discussion with Darya Druch counsel for creditor Michelle Lee, to confirm if part of the Lee claim was not paid to Lee by Square Inc.  Deposit of funds received from preference settlement with JP Morgan Chase bank.
09-17-18: Follow up call and discussion with Darya Druch counsel for creditor Michelle Lee, to confirm if part of the Lee claim was not paid to Lee by Square Inc., and Counsel confirmed that her clients received two charge back refunds totaling $35K from Square Inc, and that she was to amend and reduce her clients claim accordingly.  Review, discussion with Trustee's Accountant,  approval, and signatures for final Federal and California tax returns.  Phone discussion with Trustee's Counsel's assistant re: status of final fee application.
09/23/18: Discussion with estate counsel re Kimmich claim and his backup invoices which were stated for advance services; possible objection to be filed after trying to follow-up with claimant as he is not responding to counsel's inquiry.
10-23-18: Analysis of potential settlement of Kimmich claim.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 17-42629  **Trustee:** (007301) Michael G. Kasolas
**Case Name:** AVAVA SYSTEMS LLC  **Filed (f) or Converted (c):** 10/19/17 (f)
 **§341(a) Meeting Date:** 11/15/17
**Period Ending:** 10/30/18  **Claims Bar Date:** 02/13/18

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

10-24-18: Review, approval, signature and return via email of Settlement and Release Agreement for Kimmich claim.

10/30/18: Review, approval, signature and return via email of Trustee's Counsel amended fee application. TFR; await Final Hearing date/time

**Initial Projected Date Of Final Report (TFR):** December 31, 2018  **Current Projected Date Of Final Report (TFR):** December 31, 2018

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 17-42629  
**Case Name:** AVAVA SYSTEMS LLC  

**Taxpayer ID #:** **-***6913  
**Period Ending:** 10/30/18  

**Trustee:** Michael G. Kasolas (007301)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9166 - Checking Account  
**Blanket Bond:** $64,276,124.00 (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 11/07/17 | | MECHANICS BANK | FUNDS FROM TURNOVER FROM MECHANICS BANK ACCOUNT | 1129-000 | 45,001.80 | | 45,001.80 |
| 11/07/17 | | MECHANICS BANK | Reversed Deposit TO DEBIT REMOTE DEPOSIT SOFTWARE ERROR FOR CHECK REC'D FROM MECHANICS BANK ACCOUNT | 1129-000 | -45,001.80 | | 0.00 |
| 11/10/17 | {1} | MECHANICS BANK | CORRECTED DEPOSIT FOR REMOTE DEPOSIT SOFTWARE ERROR: FUNDS FROM TURNOVER FROM MECHANICS BANK ACCOUNT | 1129-000 | 45,001.80 | | 45,001.80 |
| 11/30/17 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 43.15 | 44,958.65 |
| 12/01/17 | {15} | OAKOLOGY | SUBLEASE TENANT OAKOLOGY RENT FOR NOVEMBER 2017 | 1222-000 | 2,625.00 | | 47,583.65 |
| 12/11/17 | {15} | OAKOLOGY | SUBLEASE TENANT OAKOLOGY RENT FOR DECEMBER 2017 | 1222-000 | 2,625.00 | | 50,208.65 |
| 12/19/17 | | WEST AUCTIONS INC | NET PROCEEDS FROM AUCTION SALE | | 45,660.28 | | 95,868.93 |
| | {4} | | ALLOCATED SALE PRICE 1,000.00 | 1129-000 | | | 95,868.93 |
| | {5} | | ALLOCATED SALE PRICE 40,000.00 | 1129-000 | | | 95,868.93 |
| | {6} | | ALLOCATED SALE PRICE 9,000.00 | 1129-000 | | | 95,868.93 |
| | {7} | | ALLOCATED SALE PRICE 500.00 | 1129-000 | | | 95,868.93 |
| | {8} | | ALLOCATED SALE PRICE 2,000.00 | 1129-000 | | | 95,868.93 |
| | {8} | | ALLOCATED SALE PRICE 4,000.00 | 1129-000 | | | 95,868.93 |
| | | WEST AUCTIONS INC | AUCTIONEER COMMISSION -8,475.00 | 3610-000 | | | 95,868.93 |
| | | WEST AUCTIONS INC | AUCTIONEER EXPENSES -2,364.72 | 3620-000 | | | 95,868.93 |
| 12/29/17 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 82.74 | 95,786.19 |
| 01/22/18 | 101 | INTERNATIONAL SURETIES LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2017 FOR CASE #17-42629, CHAP. 7 BLANKET BOND REGION 17 N. DIST. CA #016048574 | 2300-000 | | 27.99 | 95,758.20 |
| 01/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 151.54 | 95,606.66 |
| 02/28/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 128.34 | 95,478.32 |
| 03/30/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 137.33 | 95,340.99 |

Subtotals : $95,912.08 $571.09

{} Asset reference(s)

Case: 17-42629   Doc# 49   Filed: 12/10/18   Entered: 12/10/18 15:05:29   Page 7 of 16

Printed: 10/30/2018 05:17 PM    V.14.14

# Form 2
## Cash Receipts And Disbursements Record

| Case Number: | 17-42629 | | Trustee: | Michael G. Kasolas (007301) |
|---|---|---|---|---|
| Case Name: | AVAVA SYSTEMS LLC | | Bank Name: | Rabobank, N.A. |
| | | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***6913 | | Blanket Bond: | $64,276,124.00 (per case limit) |
| Period Ending: | 10/30/18 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/17/18 | 102 | FRANCHISE TAX BOARD | TIN: 20-5096913 FTB FORM 100-ES FYE 2018 PURSUANT TO COURT ORDER 2-7-18 | 2820-000 | | 800.00 | 94,540.99 |
| 04/30/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 132.44 | 94,408.55 |
| 05/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 149.38 | 94,259.17 |
| 06/29/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 131.05 | 94,128.12 |
| 07/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 144.41 | 93,983.71 |
| 08/31/18 | | RABOBANK NA | Bank and Technology Services Fee | 2600-000 | | 139.68 | 93,844.03 |
| 09/11/18 | {16} | JP MORGAN CHASE & CO. | Acct #1; Payment #1; PREFERENCE SETTLEMENT PAYMENT | 1241-000 | 19,209.00 | | 113,053.03 |
| | | | ACCOUNT TOTALS | | 115,121.08 | 2,068.05 | $113,053.03 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 115,121.08 | 2,068.05 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $115,121.08 | $2,068.05 | |

| | | |
|---|---|---|
| Net Receipts : | | 115,121.08 |
| Plus Gross Adjustments : | | 10,839.72 |
| Net Estate : | | $125,960.80 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9166 | 115,121.08 | 2,068.05 | 113,053.03 |
| | $115,121.08 | $2,068.05 | $113,053.03 |

Case: 17-42629   Doc# 49   Filed: 12/10/18   Entered: 12/10/18 15:05:29   Page 8 of 16

# Court Claims Register

**Case: 17-42629     AVAVA SYSTEMS LLC**

Claims Bar Date: 02/13/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Michael G. Kasolas<br>PO Box 26650<br>San Francisco, CA 94126-6650<br><2100-00   Trustee Compensation>,  100 | Admin Ch. 7<br>10/19/17 | | $9,548.04<br>$9,548.04 | $0.00 | $9,548.04 |
| | Michael G. Kasolas<br>PO Box 26650<br>San Francisco, CA 94126-6650<br><2200-00   Trustee Expenses>,  150 | Admin Ch. 7<br>10/19/17 | | $24.87<br>$24.87 | $0.00 | $24.87 |
| BOND | INTERNATIONAL SURETIES LTD<br>701 POYDRAS ST STE 420<br>NEW ORLEANS, LA 70139<br><2300-00   Bond Payments>,  175 | Admin Ch. 7<br>10/19/17 | | $27.99<br>$27.99 | $27.99 | $0.00 |
| | FRANCHISE TAX BOARD<br>POB 942867<br>SACRAMENTO, CA 94267<br><2820-00   Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>,  200 | Admin Ch. 7<br>10/19/17 | | $800.00<br>$800.00 | $800.00 | $0.00 |
| | WEST AUCTIONS INC<br><3610-00   Auctioneer for Trustee Fees (including buyers premiums)>,  200 | Admin Ch. 7<br>10/19/17 | | $8,475.00<br>$8,475.00 | $8,475.00 | $0.00 |
| | WEST AUCTIONS INC<br><3620-00   Auctioneer for Trustee Expenses>,  200 | Admin Ch. 7<br>10/19/17 | | $2,364.72<br>$2,364.72 | $2,364.72 | $0.00 |
| | KOKJER PIEROTTI MAIOCCO & DUCK LLP<br>RICHARD PIEROTTI<br>333 PINE ST 5TH FL<br>SAN FRANCISCO, CA 94104-3319<br><3410-00   Accountant for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>10/19/17 | | $10,511.50<br>$10,511.50 | $0.00 | $10,511.50 |
| | KOKJER PIEROTTI MAIOCCO & DUCK LLP<br>RICHARD PIEROTTI<br>333 PINE ST 5TH FL<br>SAN FRANCISCO, CA 94104-3319<br><3420-00   Accountant for Trustee Expenses (Other Firm)>,  200 | Admin Ch. 7<br>10/19/17 | | $77.10<br>$77.10 | $0.00 | $77.10 |
| | WENDEL ROSEN BLACK & DEAN LLP<br>MARK S BOSTICK<br>1111 BROADWAY 24TH FL<br>OAKLAND, CA 94607-4036<br><3210-00   Attorney for Trustee Fees (Other Firm)>,  200 | Admin Ch. 7<br>10/19/17 | | $16,967.00<br>$16,967.00 | $0.00 | $16,967.00 |

# Court Claims Register

**Case:** 17-42629  AVAVA SYSTEMS LLC

Claims Bar Date: 02/13/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | WENDEL ROSEN BLACK & DEAN LLP<br>MARK S BOSTICK<br>1111 BROADWAY 24TH FL<br>OAKLAND, CA 94607-4036<br><3220-00 Attorney for Trustee Expenses (Other Firm)>, 200 | Admin Ch. 7<br>10/19/17 | | $274.94<br>$274.94 | $0.00 | $274.94 |
| 17 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>P.O. BOX 2952<br>SACRAMENTO, CA 95812-2952<br><2820-00 Other State or Local Taxes (post-petition, incl. post-petition real est. taxes)>, 200 | Admin Ch. 7<br>08/30/18 | | $2,820.50<br>$2,820.50 | $0.00 | $2,820.50 |
| FEES | RABOBANK NA<br>SPECIALTY DEPOSITS<br>2739 SANTA MARIA WAY 2ND FL<br>SANTA MARIA, CA 93455<br><2600-00 Bank and Technology Services Fees>, 200 | Admin Ch. 7<br>10/19/17 | | $1,240.06<br>$1,240.06 | $1,240.06 | $0.00 |
| 9P | ASHLEY MCCLURE<br>& HANS I MOORE<br>2223 7TH ST<br>BERKELEY, CA 94710<br><5600-00 Deposits>, 540 | Priority<br>12/19/17 | | $2,775.00<br>$2,775.00 | $0.00 | $2,775.00 |
| 10P-2 | ANGELINA MARTINEZ<br>6051 HYLAND WAY<br>PENNGROVE, CA 94951<br><5600-00 Deposits>, 540 | Priority<br>12/19/17 | | $2,850.00<br>$2,850.00 | $0.00 | $2,850.00 |
| 13P-2 | MICHELLE LEE AND BRIAN BIANCARDI<br>1838 63RD ST<br>BERKELEY, CA 94703<br><5600-00 Deposits>, 540 | Priority<br>02/08/18 | | $5,700.00<br>$5,700.00 | $0.00 | $5,700.00 |
| 14P | KYLEE HALL AND DAN VOORHIES<br>562 JEAN STREET<br>OAKLAND, CA 94610<br><5600-00 Deposits>, 540 | Priority<br>02/11/18 | | $2,850.00<br>$2,850.00 | $0.00 | $2,850.00 |
| 15 | ALAN YEUNG AND YOVANNI ANTONELLI<br>573 DONAHUE STREET<br>SAN FRANCISCO, CA 94124<br><5600-00 Deposits>, 540 | Priority<br>02/12/18 | | $5,500.00<br>$5,500.00 | $0.00 | $5,500.00 |

# Court Claims Register

**Case:** 17-42629     **AVAVA SYSTEMS LLC**

Claims Bar Date: 02/13/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 7P-2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO, CA 95812-2952<br><5800-00   Claims of Governmental Units>,  570 | Priority<br>11/16/17 | #0016 | $750.61<br>$750.61 | $0.00 | $750.61 |
| 1 -2 | KENNETH S WILKINS [amended to zero]<br>1200 CARRISON ST<br>BERKELEY, CA 94702<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/17 | | $0.00<br>$0.00 | $0.00 | $0.00 |
| 2 | DAVID AND MEI HAN<br>680 ANN PLACE<br>MILPITAS, CA 95035<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>10/31/17 | | $10,000.00<br>$10,000.00 | $0.00 | $10,000.00 |
| 3 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/14/17 | | $15,540.32<br>$15,540.32 | $0.00 | $15,540.32 |
| 4 | J & J FABRICATION<br>1719 GRANT ST STE 1<br>SANTA CLARA, CA 95050<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/14/17 | | $30,520.00<br>$30,520.00 | $0.00 | $30,520.00 |
| 5 | IMPACT DEMO & HAULING<br>560 SPRING ST.<br>RICHMOND, CA 94804<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/15/17 | | $8,450.00<br>$8,450.00 | $0.00 | $8,450.00 |
| 6 | MOORE NEWTON QUALITY HARDWOODS INC<br>2115 WILLIAMS STREET<br>SAN LEANDRO, CA 94577<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/16/17 | | $1,155.98<br>$1,155.98 | $0.00 | $1,155.98 |
| 7U-2 | FRANCHISE TAX BOARD<br>BANKRUPTCY SECTION MS A340<br>POB 2952<br>SACRAMENTO, CA 95812-2952<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/16/17 | #0016 | $861.24<br>$861.24 | $0.00 | $861.24 |
| 8 | INDIGO DESIGN GROUP<br>6140 JOHNSTON DRIVE<br>OAKLAND, CA 94611<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>11/20/17 | | $5,615.40<br>$5,615.40 | $0.00 | $5,615.40 |

# Court Claims Register

**Case:** 17-42629　　　　AVAVA SYSTEMS LLC

Claims Bar Date: 02/13/18

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 9U | ASHLEY MCCLURE & HANS I MOORE 2223 7TH ST BERKELEY, CA 94710 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/19/17 | | $107,225.00 $107,225.00 | $0.00 | $107,225.00 |
| 10U-2 | ANGELINA MARTINEZ 6051 HYLAND WAY PENNGROVE, CA 94951 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 12/19/17 | | $12,150.00 $12,150.00 | $0.00 | $12,150.00 |
| 11 | BENJAMIN KIMMICH DBA KIMMICH CONSTRUCTION 1136 PARKER ST BERKELEY, CA 94702 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/31/18 | | $133,762.26 $52,500.00 | $0.00 | $52,500.00 |
| 12 | BAY BOLT INC 4610 MALAT ST OAKLAND, CA 94601 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 01/31/18 | | $983.47 $983.47 | $0.00 | $983.47 |
| 13U-2 | MICHELLE LEE AND BRIAN BIANCARDI 1838 63RD STREET BERKELEY, CA 94703 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/08/18 | | $4,300.00 $4,300.00 | $0.00 | $4,300.00 |
| 14U | KYLEE HALL AND DAN VOORHIES 562 JEAN STREET OAKLAND, CA 94610 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/11/18 | | $43,721.00 $43,721.00 | $0.00 | $43,721.00 |
| 16 | SQUARE INC C/O RMS BANKRUPTCY RECOVERY SVC POB 361345 COLUMBUS, OH 43623-6 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 02/13/18 | | $45,000.00 $45,000.00 | $0.00 | $45,000.00 |
| | | | **Case Total:** | | $12,907.77 | $398,671.97 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-42629
Case Name: AVAVA SYSTEMS LLC
Trustee Name: Michael G. Kasolas

**Balance on hand:** $ 113,053.03

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 113,053.03

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Michael G. Kasolas | 9,548.04 | 0.00 | 9,548.04 |
| Trustee, Expenses - Michael G. Kasolas | 24.87 | 0.00 | 24.87 |
| Attorney for Trustee, Fees - WENDEL ROSEN BLACK & DEAN LLP | 16,967.00 | 0.00 | 16,967.00 |
| Attorney for Trustee, Expenses - WENDEL ROSEN BLACK & DEAN LLP | 274.94 | 0.00 | 274.94 |
| Accountant for Trustee, Fees - KOKJER PIEROTTI MAIOCCO & DUCK LLP | 10,511.50 | 0.00 | 10,511.50 |
| Accountant for Trustee, Expenses - KOKJER PIEROTTI MAIOCCO & DUCK LLP | 77.10 | 0.00 | 77.10 |
| Auctioneer Fees - WEST AUCTIONS INC | 8,475.00 | 8,475.00 | 0.00 |
| Auctioneer Expenses - WEST AUCTIONS INC | 2,364.72 | 2,364.72 | 0.00 |
| Other Fees: RABOBANK NA | 1,240.06 | 1,240.06 | 0.00 |
| Other Expenses: FRANCHISE TAX BOARD | 2,820.50 | 0.00 | 2,820.50 |
| Other Expenses: FRANCHISE TAX BOARD | 800.00 | 800.00 | 0.00 |
| Other Expenses: INTERNATIONAL SURETIES LTD | 27.99 | 27.99 | 0.00 |

Total to be paid for chapter 7 administration expenses: $ 40,223.95
Remaining balance: $ 72,829.08

**UST Form 101-7-TFR (05/1/2011)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 72,829.08

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $20,425.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 7P-2 | FRANCHISE TAX BOARD | 750.61 | 0.00 | 750.61 |
| 9P | ASHLEY MCCLURE | 2,775.00 | 0.00 | 2,775.00 |
| 10P-2 | ANGELINA MARTINEZ | 2,850.00 | 0.00 | 2,850.00 |
| 13P-2 | MICHELLE LEE AND BRIAN BIANCARDI | 5,700.00 | 0.00 | 5,700.00 |
| 14P | KYLEE HALL AND DAN VOORHIES | 2,850.00 | 0.00 | 2,850.00 |
| 15 | ALAN YEUNG AND YOVANNI ANTONELLI | 5,500.00 | 0.00 | 5,500.00 |

Total to be paid for priority claims: $ 20,425.61
Remaining balance: $ 52,403.47

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 338,022.41 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 15.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 -2 | KENNETH S WILKINS [amended to zero] | 0.00 | 0.00 | 0.00 |
| 2 | DAVID AND MEI HAN | 10,000.00 | 0.00 | 1,550.30 |
| 3 | INTERNAL REVENUE SERVICE | 15,540.32 | 0.00 | 2,409.21 |
| 4 | J & J FABRICATION | 30,520.00 | 0.00 | 4,731.50 |
| 5 | IMPACT DEMO & HAULING | 8,450.00 | 0.00 | 1,310.00 |
| 6 | MOORE NEWTON QUALITY HARDWOODS INC | 1,155.98 | 0.00 | 179.21 |
| 7U-2 | FRANCHISE TAX BOARD | 861.24 | 0.00 | 133.52 |
| 8 | INDIGO DESIGN GROUP | 5,615.40 | 0.00 | 870.55 |
| 9U | ASHLEY MCCLURE | 107,225.00 | 0.00 | 16,623.04 |
| 10U-2 | ANGELINA MARTINEZ | 12,150.00 | 0.00 | 1,883.61 |
| 11 | BENJAMIN KIMMICH | 52,500.00 | 0.00 | 8,139.05 |
| 12 | BAY BOLT INC | 983.47 | 0.00 | 152.47 |
| 13U-2 | MICHELLE LEE AND BRIAN BIANCARDI | 4,300.00 | 0.00 | 666.63 |
| 14U | KYLEE HALL AND DAN VOORHIES | 43,721.00 | 0.00 | 6,778.05 |
| 16 | SQUARE INC | 45,000.00 | 0.00 | 6,976.33 |

Total to be paid for timely general unsecured claims: $ 52,403.47
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: **$** 0.00
Remaining balance: **$** 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: **$** 0.00
Remaining balance: **$** 0.00